(88 South. 927)

WAMBLES v. STATE. (4 Div. 658.) (Court of Appeals of Alabama. Feb. 1, 1921.) Appeal from Circuit Court, Coffee County; J. A. B. Foster, Judge. Will Wambles was convicted of a violation of the prohibition law, and appeals. Affirmed. J. A. Carnley, of Elba, for appellant. J. Q. Smith, Atty. Gen., for the State.

MERRITT, J. The defendant was convicted of a violation of the prohibition law, and was

sentenced for the fine imposed upon and for 60 days as additional punishment. There is no bill of exceptions in the record, the time for filing one having expired. We find no error in the record, and the judgment of the trial court is affirmed. Affirmed.